# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: |
| CYNICA HURD | 08 CR 583 |
| | MAGISTRATE JUDGE MASON |

I, __Susan Bray__, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __June 30, 2008,__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant(s), (Track Statutory Language of Offense)

> having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, namely, a Ruger GP100 .357 Magnum revolver, bearing serial number 170-25546, in that the firearm had traveled in interstate commerce prior to the defendant's possession of it;

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a __Special Agent with the Bureau of Alcohol, Tobaccco & Firearms__ and that this complaint is based upon the following facts:
Official Title

See attached affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes ___ No

FILED
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 23, 2008                                         at          Chicago, Illinois
Date                                                                     City and State

Michael T. Mason, United States Magistrate Judge          _____
Name & Title of Judicial Officer                                         Signature of Judicial Officer

# AFFIDAVIT

I, Susan M. Bray, being duly sworn under oath, state as follows:

1. I am a Special Agent for the United States Justice Department's Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since June of 1999. Prior to being a Special Agent, I was an Inspector with ATF from February of 1993 until June 1999. I have successfully completed both Criminal Investigator and New Agent Training schools, totaling approximately 22 weeks at the Federal Law Enforcement Training Center in Glynco, Georgia. I have attended classes, seminars, and discussions sponsored by ATF, including classes relating to illegal firearms trafficking. In addition, I have participated in cases involving illegal firearms dealing and/or unlawful possession of firearms. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws and know that it is a violation of 18 USC § 922(g)(1), for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or to possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

2. This affidavit is submitted in support of a criminal complaint against CYNICA HURD ("HURD").

3. I submit the following facts, which establish probable cause to believe that HURD committed a criminal offense, namely, a violation of Title 18, United States Code, Section 922(g)(1).

4. This affidavit is submitted for the limited purpose of establishing probable cause to support the attached complaint. It contains only a summary of the facts and is not intended to be a detailed account of everything known about the individuals and events described herein. The information contained in this affidavit is based on my own personal knowledge and the knowledge of other law enforcement officers involved in the investigation.

## Facts Establishing Probable Cause

5. On or around June 30, 2008, Chicago Police Officer Paul Heyden interviewed a citizen, referred to as J. Doe ("JD"), who knew an individual known to him/her as CYNICA HURD. JD was shown a Chicago Police Department arrest photograph of CYNICA HURD, DOB: April XX, 19XX, I.R. number XXXXXX, and the individual was identified by JD as HURD. JD related to Officer Heyden that HURD, who resides at 933 North Lockwood, Chicago, Illinois, is in possession of a blue steel revolver handgun and heroin.

6. On or around June 30, 2008, JD related to Officer Heyden that on or around June 30, 2008, he/she was inside the residence located at 733 North Lockwood, Chicago, Illinois with HURD and he/she saw a blue steel revolver handgun that HURD keeps under his bed in his second floor bedroom.

7. HURD's Chicago Police Department Criminal History Report reflects that HURD has been convicted of several felony criminal offenses, including the following: on or around March 19, 2007, HURD was convicted in Cook County Circuit Court of the offense of Possession of Other Amounts of Schedule I/II Narcotics, case number 06 CR

2437701, a felony under Illinois state law, and sentenced to three years' imprisonment in the Illinois Department of Corrections.

8. On or around June 30, 2008, Officer Heyden filed a complaint for a state search warrant for CYNICA HURD and the premises located at 733 North Lockwood, Chicago, Illinois in Cook County, Illinois.

9. On or around June 30, 2008, a state search warrant was issued for HURD and the premises located at 733 North Lockwood, Chicago, Illinois, in Cook County.

10. On or around June 30, 2008, state search warrant number 08 SW 5949 was executed at 733 North Lockwood, Chicago, Illinois.

11. During the execution of the search warrant, officers observed HURD crossing the street and approaching 933 North Lockwood. At this time HURD was detained and HURD was read his Miranda rights. HURD related that he understood his rights and he agreed to talk with Officer Heyden. Officer Heyden related that HURD said words to the effect, "I know why you're here. Let me show you where everything is so you don't tear up my grandmother's house."

12. Officer Heyden related that HURD took him and other officers to his bedroom and at this point he stated words to the effect, "The guns are under there," indicating with his head the location under the bed in his bedroom on the second floor.

13. Heyden then recovered from underneath the bed one Ruger, Model GP100, .357 caliber revolver, serial number 170-25546, and one Smith and Wesson, Model 10-5, .38 caliber revolver, serial number C687549.

14. During the execution of the search warrant Officer Heyden recovered indicia of residency in the second floor bedroom in the name of CYNICA HURD and bearing the address of 733 North Lockwood, Chicago, Illinois.

15. Following the execution of the search warrant, HURD gave a written, Mirandized statement to additional law enforcement agents. HURD admitted that the two firearms recovered from his home belonged to him. HURD stated that an individual for whom he sold heroin had given him the two handguns following an incident in which HURD had been shot at by a rival gang member.

16. I have attended the ATF Interstate Nexus Training, which is a two-week course intended to qualify me as a court-recognized expert in the interstate and foreign commerce travel of firearms. Since completing that course, I have been recognized as an expert witness regarding the interstate and foreign commerce travel of firearms. I have researched the origins of the two firearms recovered from HURD's home on June 30, 2008, and those firearms were manufactured outside the State of Illinois and therefore traveled in interstate or foreign commerce at sometime prior to being possessed by any person in the State of Illinois.

17.  Based on the foregoing, I believe there exists probable cause to believe that having previously been convicted of at least one felony criminal offense, CYNICA HURD possessed a firearm in violation of 18 United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

Susan M. Bray
ATF SPECIAL AGENT

Sworn to and subscribed
before me this day of July 23, 2008

Michael T. Mason
United States Magistrate Judge