UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
Jul 23 2008
JUL 23 2008
MICHAEL T. MASON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08CR583 |
| | ) | No. 08 C R |
| v. | ) | |
| | ) | Hon. Michael T. Mason |
| CYNICA HURD | ) | United States Magistrate Judge |
| | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the Criminal Complaint, Affidavit, and Arrest Warrant in this matter. The government requests, however, that law enforcement officials be able to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant. The public filing of the Criminal Complaint, Affidavit, and Arrest Warrant in this matter may alert other individuals under investigation and thereby jeopardize the investigation. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until September 22, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: ERIK A. HOGSTROM
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-5300