Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 583 | DATE | 7/23/2008 |
| CASE TITLE | USA vs. Cynica Hurd | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Cynica Hurd. Government's motion to seal Criminal Complaint, Affidavit and Arrest Warrant is granted. Case is to remain sealed until and including September 22, 2008. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

U.S. DISTRICT COURT
2008 JUL 23 PM 4:19
FILED