

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 583 |
| v. | ) | |
| | ) | Hon. Michael T. Mason |
| SYNICA HURD | ) | United States Magistrate Judge |

## ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated July 23, 2008, are SEALED until September 22, 2008. Nothing in this Order shall, however, restrain law enforcement officials in their ability to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant.

ENTER:

*[signature]*

MICHAEL T. MASON
United States Magistrate Judge

Dated: July 23, 2008