Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 583-1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States of America vs. Cynica Hurd | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/7/08. Piyush Chandra is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to preliminary hearing. Defendant waives his right to preliminary hearing. Parties' agree on bond. Defendant is released on $25,000.00 Own Recognizance Bond. Enter Order of Conditions of Release.

Docketing to mail notices.

00:15

FILED
2008 AUG 11 AM 9:07
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|