Case 1:08-cr-00583   Document 11   Filed 08/12/2008   Page 1 of 1



Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 583-1 | DATE | 8/12/2008 |
| CASE TITLE | United States of America vs. Cynica Hurd | | |

**DOCKET ENTRY TEXT:**

Government's oral motion to unseal the case is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

08CR583-1 United States of America vs. Cynica Hurd                                                                 Page 1 of 1