AO 442 (Rev.5/93 WP) Warrant for Arrest         AUSA Erik Hogstrom (312) 353-8709

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                              **WARRANT FOR ARREST**

CYNICA HURD

                                                08 CR 583

To:   The United States Marshal
      and Any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest CYNICA HURD, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a

☐ Indictment   ☐ Information   ☒ Complaint

charging him with (brief description of offense):

**FILED**
8-18-08
AUG 1 8 2008

FELON-IN-POSSESSION OF A FIREARM

**MICHAEL W. DOBBINS**
in violation of Title 18, United States Code, Section 922(g)(1).   **CLERK, U.S. DISTRICT COURT**

MICHAEL T. MASON                                U.S. MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

*[signature: Michael T. Mason]*

Signature of Issuing Officer                    July 23, 2008; Chicago, Illinois
                                                Date and Location

Bail fixed at $ _____       by     MICHAEL T. MASON
                                                Name of Judicial Officer