## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 583 | **DATE** | 9/3/2008 |
| **CASE TITLE** | USA vs. Cynica Hurd | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information [13] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended to and including November 6, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00583    Document 15    Filed 09/03/2008    Page 1 of 1

08CR583 USA vs. Cynica Hurd      Page 1 of 1